In the Matter of JULIUS SUNSHINE, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York et al., Respondents.

Argued April 21, 1943; decided May 27, 1943.

*Abraham Zemlock* for appellant.

*Thomas D. Thacher, Corporation Counsel (Charles F. Murphy* and *Paxton Blair* of counsel), for respondents.

Order affirmed without costs, on the ground that the denial of a mandamus order to challenge the validity of the promotion of employees who are not parties to the proceeding was under all the circumstances disclosed in the record a proper exercise of discretion. We decide no other question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.